IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SCOTT JENKINS AND<br>JENKINS DISPLAYS CO., | )<br>)<br>) | |
| Plaintiffs | )<br>) | |
| vs. | )<br>) | No.  3:14-cv-00004-MJR-DGW |
| FIRST VANDALIA CORP., d/b/a<br>FIRST NATIONAL BANK OF<br>VANDALIA, WILLIAM ERNEST<br>CHAPPEL, THE CITY OF<br>VANDALIA AND JACK JOHNSTON | )<br>)<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

**CONSENT TO REMOVAL**

NOW Comes the Defendant, The City of Vandalia, by and through its attorneys Joseph A. Bleyer of the Law Firm of Bleyer and Bleyer and consents to the Co-Defendant, First Vandalia Corp., d/b/a First National Bank of Vandalia and William Ernest Chappel's removal of this action to Federal Court Pursuant to 28 U.S.C. §§1441 and 1446.

          BLEYER and BLEYER

          S/ Joseph A. Bleyer
            Attorney Registration No. 6193192
            Attorneys for Defendant, The City of
            Vandalia

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone: (618)997-1331
Facsimile: (618)997-6559
e-mail: jableyer@bleyerlaw.com

# CERTIFICATE OF SERVICE

_____I hereby certify that on January 7, 2014, I electronically filed a Consent to Removal on behalf of the City of Vandalia, Illinois, with the Clerk of the Court using ICM/ECF System which will send notifications of such filing to the following:

| | |
|---|---|
| ANN C. BARRON | DAVID I. CATES |
| HEYL, ROYSTER, VOELKER & ALLEN | CATES MAHONEY, LLC |
| SUITE 100, MARK TWAIN PLAZA III | 216 WEST POINT DRIVE |
| 105 WEST VANDALIA | SUITE A |
| POST OFFICE BOX 467 | SWANSEA, IL 62226-0959 |
| EDWARDSVILLE, IL 62025-0467 | |

A. J. BRONSKY
BROWN & JAMES, PC
BANK OF AMERICA PLAZA
800 MARKET STREET
SUITE 1100
ST. LOUIS MO 63101-2501

I hereby certify that on January 7, 2014, I mailed by United States Postal Service, the documents to the following nonregistered participants:

      None

      S/JOSEPH A. BLEYER

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:     (618)997-1331
Facsimile:      (618)997-6559
e-mail:           jableyer@bleyerlaw.com